Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
Tony M. Sain (State Bar No. 251626)
  tms@manningllp.com
Lynn Carpenter (State Bar No. 310011)
  llc@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant CITY OF FRESNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LASHA JOHNSON, individually and as successor-in-interest to Gerald Johnson,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, a public entity; DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01320-NONE-SKO<br><br>**ORDER RE PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT**<br><br>**(Doc. 7)** |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall have until November 13, 2020, to file her first amended complaint, and Defendant shall have 21 days after service of Plaintiff's first amended complaint to file a responsive pleading.

2. The Scheduling Conference currently set for November 17, 2020, is **CONTINUED to January 14, 2021, at 9:30 A.M.** before Magistrate Judge Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than January 7, 2021.

IT IS SO ORDERED.

Dated:   **November 2, 2020**                                        /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE